**FILED** CP
1/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> RICHARD J. LEWANDOWSKI  ) | No. **1:21-CR-00003** <br><br> Violation: 26 U.S.C. § 7203 <br><br> **MAGISTRATE JUDGE MARIA VALDEZ** |

The UNITED STATES ATTORNEY charges:

On or about April 15, 2019, at Palos Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD J. LEWANDOWSKI,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of $24,000 and thereby being required by law, following the close of the calendar year 2018 and on or before April 15, 2019, to make an income-tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return by the time required by law;

In violation of Title 26, United States Code, Section 7203.

AMARJEET BHACHU
Digitally signed by AMARJEET BHACHU
Date: 2021.01.03 18:29:26 -06'00'

Signed by Amarjeet S. Bhachu
on behalf of the
UNITED STATES ATTORNEY